670 A.2d 1058

IN THE MATTER OF THE REQUEST FOR RELIEF OF NEW JERSEY CITIZENS UNITED RECIPROCAL EXCHANGE FROM ITS OBLIGATION TO PAY CERTAIN SURTAXES AND ASSESSMENTS AND TO COMPLY WITH TAKE ALL ELIGIBLE PERSONS AND ASSIGNED RISK OBLIGATIONS PURSUANT TO PROVISIONS OF THE FAIR AUTOMOBILE INSURANCE REFORM ACT OF 1990 AND FOR RELIEF FROM UCJF ASSESSMENTS.

December 11, 1995.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

670 A.2d 1059

WILLIAM SMITH AND TAMI SMITH v. MELROE COMPANY (A SUBSIDIARY OF CLARK EQUIPMENT COMPANY), RENTALS UNLIMITED, INC., JOHN DOE, ET AL.

December 11, 1995.

ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.